UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA RAYOS, ) | Case No. CV 15-3807 VAP (FFM) |
| ) | |
| Petitioner, ) | |
| ) | JUDGMENT |
| v. ) | |
| ) | |
| D.K. JOHNSON, ) | |
| ) | |
| Respondent. ) | |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: May 27, 2015

_____
VIRGINIA A. PHILLIPS
United States District Judge